In the Matter of Congregation Tel-Dun of Monsey, Appellant, v

CLARA M. WILLIAMS, as Assessor of the Town of Ramapo, et al., Respondents.—Judgment of the Supreme Court, Rockland County, dated December 16, 1977, affirmed, without costs or disbursements (see *People ex rel. Autokefalos Orthodox Spiritual Church of St. George v Hallahan,* 200 Misc 221, affd 278 App Div 947, mot for lv to app den 303 NY 1015). *Congregation Kollel Horabonim v Williams* (62 AD2d 866) is distinguishable on its facts. Hopkins, J. P., Damiani, Titone and O'Connor, JJ., concur.